**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
Roanoke Division

# NOTICE TO PARTIES OF RIGHT TO CONSENT TO JURISDICTION OF UNITED STATES MAGISTRATE JUDGE

David Wayne Anderson

    Plaintiff(s)                               DATE: 5/27/2022

v.                                          CIVIL ACTION NO. 7:22cv00272

Harold Clarke

    Defendant(s)

*Notice of a magistrate judge's availability.* In accordance with the provisions of Title 28, U.S.C. Sec 636(c), and Fed.R.Civ.P. 73, you are hereby notified that a United States Magistrate Judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States Court of Appeals for the Fourth Circuit like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The names of any parties consenting or withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties consent to have a United States Magistrate Judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

If you desire to consent to this action please indicate by signing below and returning the form to the Clerk's Office within l5 days from the date of this Notice.

| **Signature** | **Printed Name** | **Date** |
|---|---|---|
| _____ | _____ | _____ |

**Counsel for:**

_____

**RETURN THIS FORM BY EMAILING TO vawd_consents@vawd.uscourts.gov
or by mailing the paper document to the Clerk's Office.**